# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUEZ ET AL,<br><br>　　　　Defendants. | Case No. 2:22-mj-00864-NJK<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on December 20, 2022 at the hour of 4:00 p.m., be vacated and continued to February 13, 2023, at the hour of 4:00 P.M.

　　DATED this 19th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3