RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Josue Abraham Reynoso Ochoa

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

RODRIGUEZ ET AL,

        Defendants.

Case No. 2:22-mj-00864-NJK

**STIPULATION TO CONTINUE PRELIMINARY HEARING**
(Third Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Josue Abraham Reynoso Ochoa, and Brian J. Smith, counsel for Louis Daniel Rodriguez, that the Preliminary Hearing currently scheduled on February 13, 2023 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      The parties require additional time to discuss the potential for Pre-Indictment negotiations.

2.      Counsel for the defendants will require additional time to review and investigate discovery and meet with their clients to discuss the details prior to proceeding.

3.      Mr. Reynoso-Ochoa and Mr. Rodriguez are out of custody and agree to the continuance.

4.      The parties agree to the continuance.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

6.      The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the third request for continuance filed herein.

DATED: February 13, 2023.

RENE L. VALLADARES
Federal Public Defender

By  */s/ Joanne L. Diamond*
JOANNE L. DIAMOND
Assistant Federal Public Defender

By  */s/ Brian J. Smith*
BRIAN J. SMITH
Counsel for Louis Daniel Rodriguez

JASON M. FRIERSON
United States Attorney

By */s/ Edward G. Veronda*
EDWARD G. VERONDA
Assistant United States Attorney

2

1
2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

3
4

UNITED STATES OF AMERICA,                    Case No. 2:22-mj-00864-NJK

Plaintiff,                    **ORDER**

5
6

v.

7

RODRIGUEZ ET AL,

8

Defendants.

9
10

Based on the Stipulation of counsel and good cause appearing,

11

IT IS THEREFORE ORDERED that the Preliminary Hearing currently

12

scheduled on February 13, 2023 at the hour of 4:00 p.m., be vacated and

13

continued to April 24, 2023, at 4:00 p.m.

14

DATED:  February 13, 2023.

15
16
17

_____

UNITED STATES MAGISTRATE JUDGE

18
19
20
21
22
23
24
25
26